## Commonwealth *v.* Hammond, Appellant.

Submitted September 14, 1970. *Lee Mandell,* for appellant; *Richard Max Bockol* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: On a PCHA hearing the court below disposed of all petitioner's contentions except alleged denial of his appeal right. Post-trial motions were filed and overruled. Order vacated and record remanded for a hearing on petitioner's alleged denial of appeal right. See *Commonwealth ex rel. Cunningham v. Maroney,* 421 Pa. 157, 218 A. 2d 811 (1966).

WRIGHT, P. J., dissents.